DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID ORFINGER,**
Appellant,

v.

**DEER RUN PROPERTY OWNERS ASSOCIATION, INC.,**
Appellee.

No. 4D2025-0363

[March 26, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Danielle A. Sherriff, Judge; L.T. Case No. 502023SC006164.

John J. Shahady of Shahady & Wurtenberger, P.A., Fort Lauderdale, and Fred A. Schwartz of Shahady & Wurtenberger, P.A., Boca Raton, for appellant.

Dina L. Rosenbaum and Steven R. Braten of Rosenbaum PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHAW and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***